**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David B. West, Sally McClanahan,<br><br>        Plaintiffs,<br><br>    v.<br><br>Pfizer, Inc., et al.,<br><br>        Defendants.<br>_____/ | No. C  05-3983 WDB<br><br>ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |

On January 30, 2006, the Court conducted an Initial Case Management Conference in the above-referenced case.  For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1. **By February 20, 2006, at 4:00 p.m.**, each party must produce the documents identified in their Rule 26 initial disclosures to the opposing party.  In addition, defendants must produce the documents responsive to plaintiff's previously served Request for Production of Documents, and plaintiffs must produce all relevant documents that bear on the issues disputed by the parties.

2. **During the week of February 27, 2006**, the parties must meet and confer regarding the depositions and/or further document discovery, if any, necessary to position the case for a meaningful mediation.

3.  **By no later than March 6, 2006**, plaintiff's counsel must submit a letter that (i) describes the parties' joint plan regarding additional discovery to be completed prior to the mediation, and (ii) informs the Court regarding the date on which mediation has been scheduled with Judge Westerfield.

4.  After receiving plaintiff's counsel's correspondence, the Court will select a date approximately three weeks following the mediation on which to conduct a Further Case Management Conference.

5.  As the parties have agreed to limit their discovery during the first stage of the proceedings to information essential to meaningful settlement negotiations, the court preserves the parties' full discovery and motion practice rights (should occasion arise later in the pretrial period to exercise those rights).

IT IS SO ORDERED.

Dated: 1/31/06            /s/ Wayne D. Brazil
                          WAYNE D. BRAZIL
                          United States Magistrate Judge

Copies to:

    All parties,
    WDB, Stats