UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| David B. West, Sally McClanahan, | No. C 05-3983 WDB |
| Plaintiffs, | ORDER |
| v. | |
| Pfizer, Inc., et al., | |
| Defendants. | |

The Court has reviewed the parties' letter update, e-filed March 6, 2006. **By April 1, 2006**, the parties must inform the Court, in writing, of the date that has been selected for mediation. Upon receipt of this information, the Court will schedule a further Case Management Conference to occur approximately three weeks after the mediation.

IT IS SO ORDERED.

Dated: March 8, 2006

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
All parties, WDB.

1