Sep-07-2006 02:56pm   From-Epstein Becker & Green LA "B"   13105532165   T-387   P.003/004   F-058

1  STEVEN B. PISER, SBN 62414
   LAW OFFICES OF STEVEN B. PISER
2  A Professional Corporation
   499 Fourteenth Street, Suite 210
3  Oakland, California 94612
   Telephone 510-835-5582
4
   Attorney for Plaintiffs
5  David B. West and
   Sally McClanahan
6
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
11
12 DAVID B. WEST, an individual, and          )
   SALLY McCLANAHAN, an individual,           )  CASE NO. C 05-03983 WDB
13                                            )
              Plaintiffs,                     )  STIPULATION AND ORDER CONTINUING
14                                            )  SETTLEMENT CONFERENCE
        vs.                                   )
15                                            )
   PFIZER, INC., a corporation, WARNER        )
16 LAMBERT, a Delaware corporation,           )
   ALL PERSONS UNKNOWN                        )
17 CLAIMING ANY LEGAL OR                      )
   EQUITABLE RIGHT, TITLE, ESTATE,            )
18 LIEN OR INTEREST IN THE REAL               )
   PROPERTY DESCRIBED IN THE                  )
19 COMPLAINT, ADVERSE TO                      )
   PLAINTIFFS' OWNERSHIP OR ANY               )
20 CLOUD ON PLAINTIFFS' TITLE                 )
   THERETO; and DOES 1 through 50,            )
21 inclusive,                                 )
                                              )
22            Defendants.                     )
   _____)

23      IT IS HEREBY STIPULATED by and between the parties hereto that the
24 settlement conference in this matter presently scheduled for October 3, 2006 at 9:00 a.m.
25 in Courtroom G shall be continued to October 17, 2006 at 9:00 a.m. in Courtroom G.
26 //
27 //
28 //

Law Offices of
STEVEN B. PISER

1

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE

Case 4:05-cv-03983-WDB   Document 25   Filed 09/11/2006   Page 2 of 2
Case 4:05-cv-03983-WDB   Document 26   Filed 09/11/06   Page 2 of 2

Sep-07-2006  02:56pm   From-Epstein Becker & Green LA "B"      13105532165       T-387  P.004/004  F-058

| | | |
|---|---|---|
| 1 | | LAW OFFICES OF STEVEN B. PISER |
| 2 | | A Professional Corporation |
| 3 | Dated: August 30, 2006 | By: _____ |
| 4 | | Steven B. Piser |
| | | Attorney for Plaintiffs |
| 5 | | |
| 6 | | EPSTEIN, BECKER & GREEN P.C. |
| 7 | Dated: ~~August~~ September 6, 2006 | By: _____ |
| 8 | | James A. Goodman, Deborah R. Linden |
| | | Attorney for Defendants |

ORDER

IT IS SO ORDERED

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Sept. 11, 2006 — DENIED — /s/ Bernard Zimmerman — Judge Bernard Zimmerman]