1  STEVEN B. PISER, SBN 62414
   LAW OFFICES OF STEVEN B. PISER
2  A Professional Corporation
   499 Fourteenth Street, Suite 210
3  Oakland, California 94612
   Telephone 510-835-5582
4
   Attorney for Plaintiffs
5  David B. West and
   Sally McClanahan
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
   DAVID B. WEST, an individual, and          )
12 SALLY McCLANAHAN, an individual,           )   CASE NO. C 05-03983 WDB
                                              )
13                Plaintiffs,                 )   STIPULATION FOR DISMISSAL AND ORDER
                                              )
14         vs.                                )
                                              )
15 PFIZER, INC., a corporation, WARNER        )
   LAMBERT, a Delaware corporation,           )
16 ALL PERSONS UNKNOWN                        )
   CLAIMING ANY LEGAL OR                      )
17 EQUITABLE RIGHT, TITLE, ESTATE,            )
   LIEN OR INTEREST IN THE REAL               )
18 PROPERTY DESCRIBED IN THE                  )
   COMPLAINT, ADVERSE TO                      )
19 PLAINTIFFS' OWNERSHIP OR ANY               )
   CLOUD ON PLAINTIFFS' TITLE                 )
20 THERETO; and DOES 1 through 50,            )
   inclusive,                                 )
21                                            )
                  Defendants.                 )
22 _____  )

23         IT IS HEREBY STIPULATED by and between the parties hereto that the above-

24 referenced action shall be and hereby is dismissed with prejudice.

25 //

26 //

27 //

28 //

Law Offices of
STEVEN B. PISER

                                     1

                            STIPULATION FOR DISMISSAL

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     | LAW OFFICES OF STEVEN B. PISER |
| 3   |     | A Professional Corporation |
| 4   | Dated: January 25, 2007 | By: _____ |
| 5   |     | Steven B. Piser<br>Attorney for Plaintiffs |
| 6   |     |     |
| 7   |     | EPSTEIN, BECKER & GREEN P.C. |
| 8   | Dated: January 1, 2007 | By: _____ |
| 9   |     | James A. Goodman<br>Attorney for Defendants |

**ORDER**

IT IS SO ORDERED

5/7/2007

_____
Wayne Brazil
Magistrate U.S. District Court